IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:06-00169 |
| | ) | Judge Trauger |
| CHRISTOPHER L. SIMPSON | ) | |

**O R D E R**

A hearing was held on April 22, 2013 on the Petition to Revoke Supervision (Docket No. 79). The parties announced a proposed agreement, which is acceptable to the court. The defendant did not plead to the allegations. It is hereby **ORDERED** that the defendant shall be released from custody on April 23, 2013 so that he may appear for an intake interview at Centerstone that morning. Following the intake interview, the defendant shall reside at the Matthew 25 program in Nashville until further order of the court.

This matter is set for further hearing on July 25, 2013 at 2:00 p.m.

It is so **ORDERED.**

Enter this 22nd day of April 2013.

_____
ALETA A. TRAUGER
United States District Judge